# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

CENTER FOR BIOLOGICAL DIVERSITY;
SAN BERNARDINO VALLEY AUDUBON
SOCIETY; and FRIENDS OF THE
NORTHERN SAN JACINTO VALLEY,

      Plaintiffs,

v.

UNITED STATES FISH & WILDLIFE
SERVICE and Dirk KEMPTHORNE,
Secretary of the Interior,

      Defendants.

Case No. 5:09-cv-90

ORDER

THOMPSON, U.S.D.J. [1]

    For the reasons given in the Court's Opinion today, it is, this 8th day of January, 2011,

    ORDERED that Plaintiffs' Motion for Summary Judgment [docket # 22] is GRANTED;

and it is further

    ORDERED that Defendants' Motion for Summary Judgment [docket # 26] is DENIED;

and it is further

    ORDERED that JUDGMENT be entered in favor of Plaintiffs; and it is further

    ORDERED that the Designation of Critical Habitat for the San Bernardino Kangaroo Rat

(*Dipodomys merriami parvus*), 73 Fed. Reg. 61936 (Oct. 17, 2008), is VACATED; and it is

further

    ORDERED that the Final Designation of Critical Habitat for the San Bernardino

Kangaroo Rat, 67 Fed. Reg. 19812 (Apr. 23, 2002), is REINSTATED; and it is further

---

[1] The Honorable Anne E. Thompson, United States Senior District Judge for the District of New Jersey, sitting by designation.

ORDERED that this matter is REMANDED to the U.S. Fish & Wildlife Service with

instructions to consider a second revised designation of final critical habitat for the San

Bernardino Kangaroo Rat.

/s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.