Submitted by:
IGNACIA S. MORENO, Assistant Attorney General
SETH M. BARSKY, Chief
KRISTEN L. GUSTAFSON, Assistant Chief
ETHAN CARSON EDDY, Trial Attorney (Cal. Bar No. 237214)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0202; Fax: (202) 305-0275
ethan.eddy@usdoj.gov

*Attorneys for Defendants*

JOHN BUSE (Cal. Bar No. 163156)
LISA T. BELENKY (Cal. Bar No. 203225)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682;  Fax: (415) 436-9683
jbuse@biologicaldiversity.org
lbelenky@biologicaldiversity.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | CASE NO. ED CV 09-0090 AET (FFMx) |
| Plaintiffs, | **ORDER ADOPTING STIPULATED SETTLEMENT REGARDING ATTORNEYS' FEES AND COSTS** |
| vs. | |
| U.S. FISH AND WILDLIFE SERVICE, *et al.*, | |
| Defendants. | |

1  THOMPSON, U.S.D.J.

2     On April 14, 2011, the parties to this action filed a Stipulated Settlement

3  Regarding Attorneys' Fees and Costs.  The Court hereby adopts the stipulation and

4  orders as follows:

5     1.    Defendants shall pay Plaintiffs' reasonable attorneys' fees and costs,

6  pursuant to Section 11(g) of the Endangered Species Act, 16 U.S.C. § 1540(g), in

7  the amount of $37,047.36, payable to Plaintiffs' counsel: Center for Biological

8  Diversity, PO Box 710, Tucson, AZ 85702-0710.

9     2.    Plaintiffs shall provide written notice to Defendants of the form in

10  which they elect to receive the funds, including all information necessary for

11  Defendants to process the disbursement (including the payee's tax identification

12  number), as soon as possible following the entry of this Order.

13     3.    Defendants shall submit all necessary paperwork for the processing of

14  the attorneys' fees award to the Department of the Treasury's Judgment Fund

15  Office, pursuant to 16 U.S.C. § 1540(g), within ten (10) business days of the entry of

16  this Order.

17     4.    Payment of $37,047.36 shall fully satisfy any and all claims for

18  attorneys' fees and costs of litigation to which Plaintiffs are entitled in the above-

19  captioned litigation, through and including the date of the parties' Stipulated

20  Settlement Agreement Regarding Attorneys' Fees and Costs.

21     5.    Receipt of this payment from Defendants shall operate as a release of

22  Plaintiffs' claims for attorneys' fees and costs in this matter, through and including

23  the date of the parties' Stipulated Settlement Agreement Regarding Attorneys' Fees

24  and Costs.

25     6.    Nothing in this Order shall be interpreted as, or shall constitute, a

26  requirement that Defendants pay any funds exceeding those available, or take any

27  action in contravention of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other

28  appropriations law.

7.      Defendants have not waived any right to contest fees claimed by Plaintiffs or Plaintiffs' counsel, including the hourly rate, in any future litigation. Further, this Order and the parties' Stipulated Settlement Agreement Regarding Attorneys' Fees and Costs has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

SO ORDERED.

_April 15, 2011_____                        _____/s/ Anne E. Thompson_____
Date                                             ANNE E. THOMPSON, U.S.D.J.